Tracy L. Wright, ISB No. 8060
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5208
Email: twright@hawleytroxell.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMERICAN RIVER NUTRITION, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KYÄNI, INC., an Idaho corporation,<br><br>Defendant. | Case No. _____<br><br>**COMPLAINT FOR DAMAGES:**<br><br>**(1) INFRINGEMENT OF THE PATENT-IN-SUIT (U.S. PATENT NO. 6,350,453 B1) [35 U.S.C. §271(g)];**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff American River Nutrition, LLC ("ARN"), hereby brings this action against Defendant Kyäni Inc., and alleges as follows:

### PARTIES

1.  ARN was formed on May 22, 2018, as a Delaware limited liability company located at 980 South Street, Suffield, CT 06078. ARN is registered to do business in the State of Massachusetts where it maintains its research and manufacturing facilities located at 333 Venture

COMPLAINT FOR DAMAGES - 1

Way, Hadley, MA 01035. ARN is the successor-in-interest to American River Nutrition, Inc ("ARI").

2. ARN owns, by a July 1, 2018 assignment from ARI, United States Patent No. 6,350,453 B1 issued by the United States Patent & Trademark Office ("USPTO") on February 26, 2002, entitled "Tocotrienols and Geranylgeraniol from *Bixa Orellana* Byproducts." *See* **Exhibit A** (the "Patent-in-Suit"). ARN recorded the assignment with the USPTO on September 14, 2018. As addressed at www.AmericanRiverNutrition.com (the "ARN Website"), ARN specializes in the preparation, offer for sale and sale of tocotrienol nutritional products derived from "annatto" sourced from the *Bixa orellana* shrub using the methods claimed in the Patent-in-Suit (hereinafter the "Patented Processes"), including its **DELTA GOLD®** line of Vitamin E supplements (hereinafter the "Patented Product").

3. Kyäni Inc. is an Idaho corporation located at 1070 Riverwalk Drive, Suite 350, Idaho Falls, ID 83402. Kyäni is a food supplement company in the multi-level marketing industry that sells supplements including Vitamin E extracted from annatto, including the "Kyäni Sunset."

## JURISDICTION AND VENUE

4. This Complaint states a cause of action for patent infringement arising under the laws of the United States, 35 U.S.C. §§ 271 and 281. The Court has subject-matter jurisdiction under 28 U.S.C. §§ 1131 and 1138(a).

5. Upon information and belief, Defendant is domiciled in this judicial district and has committed the acts of infringement in this judicial district and elsewhere in the United States.

6. Venue is proper in this judicial district under 28 U.S.C. § 1400(b).

## ALLEGATIONS FOR ALL CLAIMS

### The Patent-in-Suit

7. Tocotrienols are antioxidants believed to be useful in treatment of cardiovascular disease as well as cancer. Certain types of tocotrienols (specifically *delta*-tocotrienol and *gamma*-tocotrienol) have been identified as effective suppressants of cholesterol activity. Likewise, they have been found to help reduce lipoprotein and triglyceride plasma levels.

8. Traditionally, tocopherols and tocotrienols were sourced from vegetable oils, such as rice bran, soybean, corn, and palm oils. More recently, however, tocotrienols have been discovered in the seeds of the *Bixa orellana* shrub, which is native to tropical parts of America (generally grown between 15 to 20 degrees from the equator). Each source of tocotrienols generally contains more than a single tocol homolog.

9. Previously, it has been difficult to recover large yields of *delta*-tocotrienol and *gamma*-tocotrienol as tocotrienols are largely difficult to separate. Put another way, the isolation of specific tocotrienols from natural sources has proved challenging. As such, there has been a need in the art of preparing tocotrienols to allow for higher yields of specific homologs, specifically *delta*-tocotrienol and *gamma*-tocotrienol, for dietary and therapeutic use. Moreover, this has been especially true with regards to recovery based upon the seeds of the *Bixa Orellana* shrub.

10. Patent Application Serial No. 09/577,086 was filed on May 24, 2000, listing Dr. Barrie Tan and John Foley as co-inventors (the "Application-in-Suit"). The Application-in-Suit was assigned to ARI.

11. On February 26, 2002, the USPTO issued the Patent-in-Suit based upon the Application-in-Suit.

12. Claim 1 of the Patent-in-Suit reads as follows:

> A method of forming a tocotrienol composition, comprising the step of volatizing a solvent from a byproduct solution of *Bixa orellana* seed components to form thereby said tocotrienol composition.

13. The Patent-in-Suit teaches a process for deriving compositions from a modified byproduct solution of *Bixa Orellana* seed components, which is obtained as an oily material after removing the bulk annatto from aqueous extract or solvent extract of annatto seeds. The Patent-in-Suit teaches a new method of deriving a tocotrienol composition, which may include volatizing solvent, from a modified byproduct solution of *Bixa orellana* seed components. The patented method improves upon existing technological processes and provides an invention that efficiently isolates those tocotrienol compounds from a known source material to facilitate recovery of the tocotrienol compound for commercial use.

14. The Patent-in-Suit remains valid, enforceable and subsisting.

### Supply of Tocotrienol to Kyäni

15. Beginning in 2009, ARN supplied the **DELTAGOLD®** line of Vitamin E supplements to Kyäni for use in Kyäni's "Sunset" Vitamin E supplements. As a result of the ongoing sales to Kyäni, Kyäni received notice of the Patent-in-Suit and the need to implement the Patented Processes to obtain tocotrienol at the desirable level for use in Kyäni's "Sunset" Vitamin E supplements.

16. In January 2012, Dr. Tan, who is a co-inventor of the Patent-in-Suit, entered a consulting and nondisclosure agreement with Kyäni and served on the Kyäni medical and

scientific advisory board. That agreement was in effect through November 2015. Upon information and belief, as a result of Dr. Tan's role on Kyäni medical and scientific advisory board, Kyäni had notice of the Patent-in-Suit.

17. Upon information and belief, in or about 2016, Kyäni also began purchasing annatto-derived tocotrienol from Beijing Gingko Group Biological Technology Co., Ltd ("BGG China"), Jinke Group USA Inc., d/b/a Beijing Gingko Group North American ("BGG America") or a related entity.

18. Kyäni's products, including its Sunset line, include a tocotrienol composition formed using ARN's Patented Processes.

## CLAIM I

### INFRINGEMENT OF THE PATENT-IN-SUIT AGAINST DEFENDANTS
### (U.S. PATENT NO. 6,350,453 B1)
### [35 U.S.C. § 271(g)]

19. ARN restates and incorporates paragraphs 1 – 18 above of the Complaint as if set forth herein.

20. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code directed to all Defendants.

21. Kyäni uses, offers to sell, imports from China, and sells within the United States a tocotrienol composition formed by practicing the Patented Processes claimed in the Patent-in-Suit.

22. Without authority, Kyäni, through its agents, employees, and servants, is making, using, promoting, offering for sale, selling, supplying, and/or importing into the United States

annatto tocotrienol dietary supplements and/or related compounds (blends) formed by practicing the method of at least Claim 1 of the Patent-in-Suit in violation of 35 U.S.C. §271(g).

23. Kyäni's infringement is with knowledge of the Patent-in-Suit and is currently on-going. The products relating to Kyäni's infringement include the Sunset product which incorporates annatto tocotrienol and its blends.

24. In light of Kyäni's infringement with knowledge of ARN's Patent, Kyäni's actions make this case exceptional.

25. Kyäni's infringement of the Patent-in-Suit shall continue unless enjoined by this Court.

26. Because Kyäni is offering products acquired through a direct competitor with the products of ARI manufactured using the Patented Processes claimed in the Patent-in-Suit, Kyäni's infringement of the Patent-in-Suit is irreparably harming ARN.

27. Unless Kyäni is enjoined from infringing the Patent-in-Suit, Plaintiff will continue to suffer irreparable injury for which it has no adequate remedy at law.

28. Kyäni continues to derive and receive advantages, gains, and profits from their infringement in an amount that is not presently known to ARN.

29. ARN is being irreparably harmed and is entitled to injunctive relief as well as monetary relief in an amount to be determined at trial.

Wherefore, Plaintiff ARN prays this Honorable Court enter such preliminary and final orders and judgments as are necessary to provide ARN with the following requested relief:

A. A permanent injunction enjoining Defendant from infringing each of the Patents-in-Suit;

B. An award of damages against Defendant under 35 U.S.C. §284 in an amount adequate to compensate ARN for Defendant's infringement, but in no event less than a reasonable royalty for the use made by Defendant of the inventions set forth in the Patents-in-Suit;

C. An award against Defendant for exemplary damages, attorneys' fees, and costs under 35 U.S.C. § 285; and

D. Such other and further relief as this Court deems just and proper.

### JURY TRIAL REQUEST

ARN requests a trial by jury as to all matters so triable.

DATED THIS 8TH day of July, 2019.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Tracy L. Wright, ISB No. 8060
Attorneys for Plaintiff